# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYZAIAH ARJNAE, | ) |
| | ) |
| Plaintiff, | ) Case No.: 2:15-cv-05205-RGK-PJW |
| | ) |
| v. | ) |
| | ) |
| BLUESTEM BRANDS, INC.d/b/a FINGERHUT, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

TO THE CLERK:

    NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within sixty (60) days.

Dated: March 4, 2016        BY: */s/ Amy L. Bennecoff Ginsburg*
                                          Amy L. Bennecoff Ginsburg, Esquire
                                          Kimmel & Silverman, P.C.
                                          30 E. Butler Avenue
                                          Ambler, PA 19002
                                          Phone: (215) 540-8888
                                          Facsimile: (877) 788-2864
                                          Email: aginsburg@creditlaw.com
                                          Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of March, 2016, a true and correct copy of the foregoing pleading was served via ECF to the below:

**Connie Y Tcheng Esq.**
**Doll Amir & Eley LLP**
**1888 Century Park East,**
**Suite 1850**
**Los Angeles CA 90067**
**Email: ctcheng@dollamir.com**


Dated: <u>March 4, 2016</u>            BY: <u>*/s/ Amy L. Bennecoff Ginsburg*</u>
                                     Amy L. Bennecoff Ginsburg, Esquire
                                     Kimmel & Silverman, P.C.
                                     30 E. Butler Avenue
                                     Ambler, PA 19002
                                     Phone: (215) 540-8888
                                     Facsimile: (877) 788-2864
                                     Email: aginsburg@creditlaw.com
                                     Attorney for the Plaintiff