JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-05205 RGK (PJWx) | Date | March 16, 2016 |
|---|---|---|---|
| Title | Kyzaiah Arjnae v. Bluestem Brands, Inc. d/b/a Fingerhut | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Paul Songco | Not Reporter | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**    **IN CHAMBERS - ORDER**

   The Court has received the stipulation of dismissal signed by all parties, who have appeared (Docket No. 23). The Court construes the dismissal as a dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The case is dismissed.

   IT IS SO ORDERED.